**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY An Illinois Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SKY AVIATION CORPORATION, a Wyoming Corporation; ROB CRAGOE, an individual; FRAN DUNCAN, an individual; TERRY DUNCAN, an individual; CODY EASUM, an individual; LYLE EVELO, an individual; DELFINP JUAREZ, an individual; ROY KENT, an individual; LEON MILLER, an individual; BRYON MURRAY, an individual; VALERIE MURRAY, an individual; MURRAYMERE FARMS, a partnership; DAVE NORTHROP, an individual d/b/a NORTHROP FARMS; RICK RODRIQUEZ, an individual; JUANITA SAPP, an individual; MIKE SAPP, an individual, PAT SAPP, an individual; REXENE SAPP, an individual; ROYAL STUKEY, an individual; JOHN/JANE DOES 1-10, and XYZ CORPORATIONS 1-10,<br><br>           Defendants,<br><br>and | Civil Action No. 22-CV-00114-SWS |

| | |
|---|---|
| A.S., a minor, | |
|         Intervenor Defendant, | |
| ROB CRAGOE, | |
|         Cross-Claim Defendants, | |
| v. | |
| SKY AVIATION CORPORATION, | |
|         Cross-Claim Defendant, | |
| TERRY DUNCAN and FRAN DUNCAN, | |
|         Cross-Claim Defendants and | |
|         Third-Party Defendants, | |
| v. | |
| SKY AVIATION CORPORATION, | |
|         Cross-Claim Defendant, | |
| And | |
| ANDREW PAULSON, | |
|         Third-Party Defendant. | |

## DEFENDANTS' STATUS REPORT

**COMES NOW,** Defendants Terry and Fran Duncan, by and through their attorneys of Chapman, Valdez, and Lansing, and hereby submits *Defendants' Status Report* as required by the Court.

**Defendants recommends a pre-trial conference.**

1. Discovery can be completed, witness lists available and exhibits marked by: **Approximately six months from the date of this status report.**

2. Impossible times for pre-trial conference are: **August 19 – 23, 2024; August 26 – 30, 2024; September 3, 2024; October 2, 2024; October 10 – 17, 2024; October 24 – 25, 2024; November 6, 2024; November 20, 2024; December 18, 2024; February 19, 2025; March 5, 2025; March 14, 2025; March 19, 2025; April 16, 2025; April 24, 2025; April 28, 2025; May 5 – 21, 2025; June 18, 2025; and July 16, 2025.**

3. Estimated time required for pre-trial conference: **One-half day.**

4. Impossible times for trial are: **August 15, 2024; August 19 – 23, 2024; August 26 – 30, 2024; September 3, 2024; October 2, 2024; October 10 – 17, 2024; October 24 – 25, 2024; November 6, 2024; November 20, 2024; December 18, 2024; February 19, 2025; March 5, 2025; March 14, 2025; March 19, 2025; April 16, 2025; April 24, 2025; April 28, 2025; May 5 – 21, 2025; June 18, 2025; and July 16, 2025.**

5. Estimated trial time required for trial: **Five days.**

**Special Problems** (**novel or complex legal or factual issues and probable motions**): None.

**Possibility of Settlement:** Low.

**Would this case be an appropriate case for mediation?** Yes.

**If yes, when would it be best to assign to a mediator and schedule a conference?** After discovery has been completed.

**DATED** this 30th day of July, 2024.

                                                  TERRY AND FRAN DUNCAN,
*Defendants*

/s/ Patrick J. Lewallen
Patrick J. Lewallen, WSB 7-5544
Chapman Valdez & Lansing
P.O. Box 2710
Casper, WY 82602
(307) 237-1983
plewallen@bslo.com

*Counsel for Defendants*

Frank R. Chapman, WSB 5-1500
Frank Chapman Law Office
P.O. Box 1
Kelly, WY 83011
(307) 699-3159
Frankchapman.law@gmail.com

*Co-Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2024, a true and correct copy of the foregoing ***Defendants' Status Report*** was served as follows:

| | |
|---|---|
| JAMES C WORTHEN<br>HALL & EVANS, LLC<br>152 North Durbin Street, Suite 404<br>Casper, Wyoming 82601<br>(307) 333-6701<br>(307) 266-6352 fax<br><br>*Attorney for Defendants* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>worthenj@hallevans.com |
| T. THOMAS SINGER<br>HALL & EVANS, LLC<br>175 North 27th Street, Suite 1101<br>Billings, Montana 59101<br>(406) 969-5227<br>(406) 969-5233 fax<br><br>*Attorney for Defendants* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>singert@hallevans.com |
| JACLYN S. LAFERRIERE<br>HALL & EVANS, LLC<br>1001 17th Street, Suite 300<br>Denver, Colorado 80202<br>(303) 628-3300<br>(303) 628-3368 fax<br><br>*Attorney for Defendants* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>laferrierej@hallevans.com |
| DAVID HILL<br>COLIN M. SIMPSON, ESQ.<br>BURG | SIMPSON | ELDREDGE | HERSH | JARDINE PC<br>1135 14th Street<br>Cody, Wyoming 82414<br>(307) 527-7891<br>(307) 527-7897 fax<br><br>*Attorneys for Rob Cragoe* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>csimpson@burgsimpson.com<br>dhill@burgsimpson.com |
| GARY ALLAN GARDNER<br>CUNNINGHAM SWAIM LLP<br>200 Broadhollow Road, Ste. 207<br>Melville, NY 11747 | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver |

| | |
|---|---|
| (917) 538-2774<br><br>*Attorney for Sky Aviation Corporation and Andrew Paulson* | ☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>gagardner@cunninghamswaim.com |
| ALEX WHITMAN<br>CUNNINGHAM SWAIM LLP<br>4015 Main Street, Ste. 200<br>Dallas, TX 75226<br>(214) 646-1495<br>(214) 613-1163 Fax<br><br>*Attorney for Sky Aviation Corporation and Andrew Paulson* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>awhiteman@cunninghamswaim.com |
| KEITH J. DODSON<br>WILLIAMS PORTER DAY & NEVILLE, PC<br>P.O. Box 10700<br>Casper, WY 82602<br>(307) 265-0700<br>(307) 266-2306 Fax<br><br>*Attorney for Sky Aviation Corporation and Andrew Paulson* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>kdodson@wpdn.net |
| SCOTT E. KOLPITCKE<br>TRACY COPENHAVER<br>SANDRA SIEL KITCHEN<br>COPENHAVER, KITCHEN, & KOLPITCKE, LLC<br>P.O. Box 839<br>224 N. Clark Street<br>Powell, WY 82435<br>(307) 754-2276<br>(307) 754-4744 Fax<br><br>*Attorneys for Delfino Juarez* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>lawfirm@ckattorneys.net |
| KHALE J. LENHART<br>JACOB L. VOGT<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, WY 82003-1083<br>(307) 632-0541<br><br>*Attorney for Sky Aviation Corporation and Andrew Paulson* | ☐ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☒ CM/ECF<br>☐ Electronic File Sharing<br>☒ Electronic mail:<br>klenhart@hirstapplegate.com<br>jvogt@hirstapplegate.com |

| | |
|---|---|
| CLINTON E. PHILLIPS<br>C.E. PHILLIPS, PLLC<br>249 E. 2nd Street, Ste. 2<br>Powell, WY 82435<br>(307) 213-0999<br><br>*Attorney for Royal and Jeanie Stukey* | ☐  U. S. P. S.<br>☐  Telefax<br>☐  Hand deliver<br>☒  CM/ECF<br>☐  Electronic File Sharing<br>☒  Electronic mail:<br>clint@cephillipslaw.com |
| SAMUEL P. KRONE<br>KRONE LAW, LLC<br>P.O. Box 2481<br>Cody, WY 82414<br>(307) 272-0082<br><br>*Attorney for David Northrup and Northrup Farms* | ☐  U. S. P. S.<br>☐  Telefax<br>☐  Hand deliver<br>☒  CM/ECF<br>☐  Electronic File Sharing<br>☒  Electronic mail:<br>samkrone@gmail.com |
| DAVID M. CLARK<br>RAGAIN & CLARK, P.C.<br>P.O. Box 667<br>Worland, WY 82401<br>(307) 388-6400<br><br>*Attorney for Sky Aviation Corporation and Andrew Paulson* | ☐  U. S. P. S.<br>☐  Telefax<br>☐  Hand deliver<br>☒  CM/ECF<br>☐  Electronic File Sharing<br>☒  Electronic mail:<br>dave@mtwylaw.com |
| ROY KENT, MD<br>1007 Lane 13<br>Powell, Wyoming 82435<br>(307) 754-5088 | ☒  U. S. P. S.<br>☐  Telefax<br>☐  Hand deliver<br>☐  CM/ECF<br>☐  Electronic File Sharing<br>☐  Electronic mail:<br>royjankent@gmail.com |
| LEON MILLER<br>1020 Julie Lane<br>Powell, Wyoming 82435<br>(406) 425-0380 | ☒  U. S. P. S.<br>☐  Telefax<br>☐  Hand deliver<br>☐  CM/ECF<br>☐  Electronic File Sharing<br>☐  Electronic mail:<br>Leonmiller4884@gmail.com |
| JUANITA SAPP | ☒  U. S. P. S. |

|  |  |
|---|---|
| 917 Lane 13<br>Powell, Wyoming 82435<br>(480) 589-2897 | ☐   Telefax<br>☐   Hand deliver<br>☐   CM/ECF<br>☐   Electronic File Sharing<br>☐   Electronic mail:<br>Juanitasapp13@gmail.com |
| MIKE SAPP<br>1294 Road 9<br>Powell, Wyoming 82435 | ☒   U. S. P. S.<br>☐   Telefax<br>☐   Hand deliver<br>☐   CM/ECF<br>☐   Electronic File Sharing<br>☐   Electronic mail: |
| PAT SAPP<br>925 Lane 13<br>Powell, Wyoming 82435<br>(307) 754-3728 | ☒   U. S. P. S.<br>☐   Telefax<br>☐   Hand deliver<br>☐   CM/ECF<br>☐   Electronic File Sharing<br>☐   Electronic mail:<br>Pft3pat@gmail.com |
| REXENE SAPP<br>925 Lane 13<br>Powell, Wyoming 82435<br>(307) 754-3728 | ☒   U. S. P. S.<br>☐   Telefax<br>☐   Hand deliver<br>☐   CM/ECF<br>☐   Electronic File Sharing<br>☐   Electronic mail:<br>Rexene.sapp@gmail.com |
| CODY EASUM<br>1226 Road 5<br>Powell, Wyoming 82435<br>(307) 202-0769 | ☒   U. S. P. S.<br>☐   Telefax<br>☐   Hand deliver<br>☐   CM/ECF<br>☐   Electronic File Sharing<br>☐   Electronic mail: |
| LYLE EVELO<br>1599 Lane 11<br>Powell, Wyoming 82435<br>(307) 202-0433 | ☒   U. S. P. S.<br>☐   Telefax<br>☐   Hand deliver<br>☐   CM/ECF<br>☐   Electronic File Sharing |

|  |  |
|---|---|
|  | ☐ Electronic mail: |
| BRYON MURRAY<br>256 S. Leisure Road<br>Payson, AZ 85541 | ☒ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☐ CM/ECF<br>☐ Electronic File Sharing<br>☐ Electronic mail: |
| VALERIE MURRAY<br>749 Lane 13<br>Powell, Wyoming 82435<br>(307) 254-1224 | ☒ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☐ CM/ECF<br>☐ Electronic File Sharing<br>☐ Electronic mail:<br>murraymere@outlook.com |
| MURRAYMERE FARMS<br>749 Lane 13<br>Powell, Wyoming 82435 | ☒ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☐ CM/ECF<br>☐ Electronic File Sharing<br>☐ Electronic mail: |
| RICK RODRIQUEZ<br>77 Snakey Knob Loop<br>Powell, Wyoming 82435-8206<br>(307) 272-4384 | ☒ U. S. P. S.<br>☐ Telefax<br>☐ Hand deliver<br>☐ CM/ECF<br>☐ Electronic File Sharing<br>☐ Electronic mail: |

/s/ Patrick J. Lewallen
Patrick J. Lewallen
Chapman Valdez & Lansing